

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EIS DEVELOPMENT II, LLC, | § | |
| Appellant, | § | No. 08-22-00006-CV |
| v. | § | Appeal from the |
| BUENA VISTA AREA ASSOCIATION, LANCE W. HALL and HEATHER R. | § | 40th District Court |
| HALL, JASON PAUL SMITHEY, DAVID W. MOLENGRAAF and KIMBERLEY K. | § | of Ellis County, Texas |
| MOLENGRAAF, ALEXANDER E.W.J. SCHINDLER and ANGELA R. | § | (TC# 104809) |
| SCHINDLER, as individuals, | § | |
| Appellees. | § | |

## **CORRECTED JUDGMENT**

We vacate our judgment dated March 24, 2023, and enter this judgment in its place. The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below and its permanent injunction against EIS. We order that Appellees recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs in the court below. We further order that Appellant and Appellees each pay their respective one-half (1/2) of the costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF APRIL, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)